# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PHILLIP GRAY,

      Plaintiff,

v.                               Case No. 8:22-cv-2103-WFJ-SPF

YGREEN, INC.,

      Defendant.

_____/

## ORDER

    This cause comes before the Court on Plaintiff's application to proceed *in forma pauperis* (Dkt. 2) and the complaint (Dkt. 1).  The magistrate judge issued a report recommending *in forma pauperis* status be denied.  Plaintiff filed timely objections.  Dkt. 4.

    If objections are filed, as here, a *de novo* review and determination are required of those portions of the report or specified proposed findings or recommendations to which objection is made.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Jeffrey S. State Bd. of Educ. of State of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990).  After such independent review, the Court may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Macort v. Prem., Inc.*, 208 F. App'x 781, 783–84 (11th Cir. 2006) (citing published opinion).

The magistrate judge found Plaintiff is able to pay the filing fee based on the affidavit he submitted with his application.  Plaintiff objects on the ground that he is indigent, contrary to the magistrate judge's findings.  Plaintiff reasserts that he has a $1,000 homeowner's insurance deductible to pay before his floors can be repaired from flooding damage.  *See* Dkt. 2 at 5 ¶ 11 (Plaintiff's affidavit).  He also restates he has expenses that do not fall under any of the categories provided in the form, including food and clothing for his young grandson.  *Id*.  Plaintiff's affidavit, which was considered by the magistrate judge and reviewed anew by this Court, supports the conclusion reached for the reasons explained in the report and recommendation.  Upon an independent examination of the file, the Court **ORDERS** as follows:

1. The report and recommendation is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) is denied. Plaintiff must pay the filing fee within fourteen (14) days, or this case will be dismissed without further notice.

**DONE AND ORDERED** at Tampa, Florida, on September 26, 2022.

**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:     Plaintiff, *pro se*